EL PUEBLO DE PUERTO RICO, demandante y apelado, *v*.
ANTONIO MARTÍNEZ (*a*) El Gato, acusado y apelante.

*No. 2654.—Visto:* Febrero 4, 1926. *Resuelto:* Febrero 15, 1926.

DERECHO PENAL—EVIDENCIA—PESO Y SUFICIENCIA—PRUEBA DEL SITIO DE LA CO-
MISIÓN DEL DELITO—FALTA DE PRUEBA Y EFECTO.—Cuando la prueba sólo
establece que el acusado vendía pan de cierta panadería y que se apropió
del producto de la venta pero nada dice, ni por inferencia, del sitio en que
radicaba la panadería ni donde el acusado se apropió el dinero, la jurisdic-
ción correspondiente al delito no ha quedado establecida, debiendo revocarse
la sentencia y absolverse al acusado.

SENTENCIA de *Enrique Lloreda,* J. (Arecibo), condenando al acusado
por delito de abuso de confianza, con costas. *Revocada.*

*E. Martínez Avilés,* abogado del apelante; *José E. Figueras,* abo-
gado de *El Pueblo,* apelado.

EL JUEZ ASOCIADO SEÑOR FRANCO SOTO, emitió la opinión del
tribunal.

Esta es una apelación contra una sentencia que impone
al acusado una multa de cuarenta dólares o un día de cárcel
por cada dólar que dejare de satisfacer, por haber infrin-
gido el artículo 450 del Código Penal.

El error de importancia que señala el apelante y al que
se allana el Fiscal se refiere a la falta de jurisdicción de la
corte inferior por no aparecer demostrado el sitio de la co-
misión del delito.

La prueba establece que el acusado recibía un salario
por vender pan semanalmente de cierta panadería y que du-
rante la semana, del 13 al 19 de julio de 1925, vendió la can-
tidad de 365 libras, apropiándose el producto de la venta.
La evidencia nada dice, ni aun por inferencias, del sitio en
que radicaba la panadería ni tampoco dónde el acusado se
apropió el dinero. Véase el caso de *El Pueblo* v. *Canales*
(*a*) *La Boa,* 34 D.P.R. 395.

La sentencia apelada, por tanto, *debe revocarse* y absol-
verse al acusado.